# United States Bankruptcy Court
## District of Arizona

In re   **JEAN RAYMOND PETREQUIN,**
       **DENA JACQUELINE PETREQUIN**

                                            Debtors

Case No.   **4:12-bk-01784-JMM**

Chapter          **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 83,200.00 | | |
| B - Personal Property | Yes | 4 | 33,677.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 159,387.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 27 | | 120,168.10 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 4,204.40 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,616.38 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 116,877.00 | | |
| Total Liabilities | | | | 279,555.10 | |

# United States Bankruptcy Court
## District of Arizona

In re    **JEAN RAYMOND PETREQUIN,**
       **DENA JACQUELINE PETREQUIN**

                              Debtors

Case No.    **4:12-bk-01784-JMM**

Chapter              **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 24,668.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 24,668.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,204.40 |
| Average Expenses (from Schedule J, Line 18) | 6,616.38 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 6,055.99 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 62,415.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 120,168.10 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 182,583.10 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **JEAN RAYMOND PETREQUIN,**                              Case No.    **4:12-bk-01784-JMM**
       **DENA JACQUELINE PETREQUIN**
                                     ,
                                Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **16429 S LONE SAGUARO ROAD SAHUARITA, AZ 85629 RESIDENTIAL PROPERTY PIMA PARCEL #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--7 LEGAL: IRR PTN N400' S900' E440' SE4 NE4 4.60 AC TRS: 16-17-12 ZILLOW MARKET VALUE** | **JOINT TENANCY** | **C** | **83,200.00** | **145,615.00** |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sub-Total > | | **83,200.00** | (Total of this page) |
|  | Total > | | **83,200.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re  **JEAN RAYMOND PETREQUIN,**
     **DENA JACQUELINE PETREQUIN**

Case No.  **4:12-bk-01784-JMM**

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **CASH** | **C** | 300.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **US BANK CHECKING ACCT #** | **C** | 300.00 |
| | | **CHASE BANK CHECKING ACCT #5489** | **C** | 300.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **KITCHEN TABLE & CHAIRS, DINING ROOM TABLE & CHAIRS, LIVING ROOM CHAIRS, COFFEE/END TABLES, BEDS, BED TABLES & DRESSERS, BEDDING, RADIO ALARM CLOCKS, LAMPS, STOVE, REFRIGERATOR, WASHING MACHINE, CLOTHES DRYER, VACUUM CLEANER, TELEVISION** | **C** | 2,775.00 |
| | | **DISHES, GLASSES, SILVERWARE, SMALL KITCHEN APPLIANCES, MICROWAVE, STEREO, RADIO** | **C** | 95.00 |
| | | **SEWING MACHINE** | **C** | 75.00 |
| | | **2 SOFAS, LOVESEAT** | **C** | 2,072.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **PIANO** | **C** | 300.00 |
| | | **FAMILY PICTURES** | **C** | 25.00 |
| | | **BOOKS** | **C** | 25.00 |
| | | **COMPUTER** | **C** | 500.00 |
| 6. Wearing apparel. | | **DEBTOR'S CLOTHING $500.00 SPOUSE'S CLOTHING $500.00** | **C** | 1,000.00 |

Sub-Total >  **7,767.00**
(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re   **JEAN RAYMOND PETREQUIN,**                  Case No.  **4:12-bk-01784-JMM**
        **DENA JACQUELINE PETREQUIN**

Debtors  ,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | COSTUME JEWELRY | C | 50.00 |
| | | WATCH | C | 60.00 |
| | | WEDDING SET | C | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | DEBTOR'S ROTH IRA IN CUSTODY OF: CHASE BANK ACCT #1065 | C | 25.00 |
| | | ASCENSION HEALTH 403B IN CUSTODY OF: DIVERSIFIED INVESTMENTS SPOUSE'S PLAN #9060 | C | 1,100.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >    **1,735.00**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re     **JEAN RAYMOND PETREQUIN,**                                     Case No.   **4:12-bk-01784-JMM**
          **DENA JACQUELINE PETREQUIN**
                                                                    ,
                                   Debtors
# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2011 TAX REFUNDS IN AN ESTIMATED AMOUNT AFTER OFFSET OF OWED FEDERAL TAXES FOR TAX YEARS 2006 AND 2007** | C | 3,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 CHEVROLET MALIBU VIN: 1G1ND52F75M155906 MILEAGE: 72,000** | C | 6,300.00 |
| | | **1989 HARLEY-DAVIDSON MODEL 883 VIN UNKNOWN NOT IN RUNNING CONDITION STORED IN DEBTOR'S SHED AND NOT REGISTERED** | C | 250.00 |

Sub-Total >     **9,550.00**
(Total of this page)

Sheet  __2__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

In re  **JEAN RAYMOND PETREQUIN,**  Case No. _4:12-bk-01784-JMM_
      **DENA JACQUELINE PETREQUIN**
                                                 Debtors,

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2004 DODGE RAM 1500 TRUCK VIN: 1D7HA18N845694233 MILEAGE: 85,000 N.A.D.A. MARKET VALUE | C | 10,700.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | FARM ANIMALS FOR PERSONAL USE: PIGS $300.00, GOATS $350.00, SHEEP $245.00, COWS $400.00, DONKEY $50.00, CHICKENS $40.00, DUCKS $40.00 | C | 1,425.00 |
| | | 5 ADOPTED HORSES VALUE: $200.00 EACH | C | 1,000.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | GARDEN TOOLS, ANIMAL PENS, FEED, SHADE CLOTHS | C | 1,500.00 |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     14,625.00
(Total of this page)
Total >     33,677.00

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re   **JEAN RAYMOND PETREQUIN,**
       **DENA JACQUELINE PETREQUIN**

Case No.  **4:12-bk-01784-JMM**

,

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ■ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **16429 S LONE SAGUARO ROAD** **SAHUARITA, AZ 85629** **RESIDENTIAL PROPERTY** **PIMA PARCEL #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--7** **LEGAL: IRR PTN N400' S900' E440' SE4 NE4** **4.60 AC** **TRS: 16-17-12** **ZILLOW MARKET VALUE** | Ariz. Rev. Stat. § 33-1101(A) | 150,000.00 | 83,200.00 |
| **Cash on Hand** | | | |
| **CASH** | Ariz. Rev. Stat § 33-1126(A)(8) | 300.00 | 300.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **US BANK CHECKING ACCT #** | Ariz. Rev. Stat. § 33-1126A9 | 300.00 | 300.00 |
| **Household Goods and Furnishings** | | | |
| **KITCHEN TABLE & CHAIRS, DINING ROOM** **TABLE & CHAIRS, LIVING ROOM CHAIRS,** **COFFEE/END TABLES, BEDS, BED TABLES &** **DRESSERS, BEDDING, RADIO ALARM** **CLOCKS, LAMPS, STOVE, REFRIGERATOR,** **WASHING MACHINE, CLOTHES DRYER,** **VACUUM CLEANER, TELEVISION** | Ariz. Rev. Stat. § 33-1123 | 5,500.00 | 2,775.00 |
| **SEWING MACHINE** | Ariz. Rev. Stat. § 33-1125(7) | 75.00 | 75.00 |
| **2 SOFAS, LOVESEAT** | Ariz. Rev. Stat. § 33-1123 | 2,500.00 | 2,072.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **PIANO** | Ariz. Rev. Stat. § 33-1125(2) | 300.00 | 300.00 |
| **FAMILY PICTURES** | Ariz. Rev. Stat. § 33-1123(10) | 25.00 | 25.00 |
| **BOOKS** | Ariz. Rev. Stat. § 33-1123(10) | 25.00 | 25.00 |
| **COMPUTER** | Ariz. Rev. Stat. § 33-1125(5) | 500.00 | 500.00 |
| **Wearing Apparel** | | | |
| **DEBTOR'S CLOTHING $500.00** **SPOUSE'S CLOTHING $500.00** | Ariz. Rev. Stat. § 33-1125(1) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| **WATCH** | Ariz. Rev. Stat. § 33-1125(6) | 60.00 | 60.00 |
| **WEDDING SET** | Ariz. Rev. Stat. § 33-1125(4) | 500.00 | 500.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **DEBTOR'S ROTH IRA** **IN CUSTODY OF: CHASE BANK** **ACCT #1065** | Ariz. Rev. Stat. § 33-1126B | 100% | 25.00 |

  1  continuation sheets attached to Schedule of Property Claimed as Exempt

In re    **JEAN RAYMOND PETREQUIN,**            Case No.   **4:12-bk-01784-JMM**
         **DENA JACQUELINE PETREQUIN**
                                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **ASCENSION HEALTH 403B IN CUSTODY OF: DIVERSIFIED INVESTMENTS SPOUSE'S PLAN #9060** | **Ariz. Rev. Stat. § 33-1126B** | **100%** | **1,100.00** |
| **<u>Automobiles, Trucks, Trailers, and Other Vehicles</u>** **2005 CHEVROLET MALIBU VIN: 1G1ND52F75M155906 MILEAGE: 72,000** | **Ariz. Rev. Stat. § 33-1125(8)** | **5,000.00** | **6,300.00** |
| **<u>Animals</u>** **FARM ANIMALS FOR PERSONAL USE: PIGS $300.00, GOATS $350.00, SHEEP $245.00, COWS $400.00, DONKEY $50.00, CHICKENS $40.00, DUCKS $40.00** | **Ariz. Rev. Stat. § 33-1130(2)** | **1,425.00** | **1,425.00** |
| **5 ADOPTED HORSES VALUE: $200.00 EACH** | **Ariz. Rev. Stat. § 33-1125(3)** | **1,000.00** | **1,000.00** |
| **<u>Farming Equipment and Implements</u>** **GARDEN TOOLS, ANIMAL PENS, FEED, SHADE CLOTHS** | **Ariz. Rev. Stat. § 33-1130(2)** | **1,500.00** | **1,500.00** |

|  |  | Total: | 171,135.00 | 102,482.00 |
|---|---|---|---|---|

Sheet   <u>1</u>   of   <u>1</u>   continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                         Best Case Bankruptcy

In re    **JEAN RAYMOND PETREQUIN,**
        **DENA JACQUELINE PETREQUIN**                       Case No.   **4:12-bk-01784-JMM**

                                   Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx4612** <br><br> **FLAGSTAR** <br> **5151 CORPORATE DRIVE** <br> **TROY, MI 48098-2639** | | C | 12/2007 <br> **FIRST DEED OF TRUST** <br> **16429 S LONE SAGUARO ROAD** <br> **SAHUARITA, AZ 85629** <br> **RESIDENTIAL PROPERTY** <br> **PIMA PARCEL #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--7** <br> **LEGAL: IRR PTN N400' S900' E440' SE4** <br> **NE4 4.60 AC** | | | | 145,615.00 | 62,415.00 |
| | | | Value $          83,200.00 | | | | | |
| Account No. <br><br> **CARSON MESSINGER** <br> **PO BOX 33907** <br> **PHOENIX, AZ 85067** | | | **Representing:** <br> **FLAGSTAR** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. <br><br> **MATTHEW H MASON** <br> **4808  22ND STREET  SUITE 200** <br> **PHOENIX, AZ 85016** | | | **Representing:** <br> **FLAGSTAR** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **xxxxxx0694** <br><br> **HOTLINE 4 AUTO** <br> **3427 E SPEEDWAY** <br> **TUCSON, AZ 85716** | | C | 2011 <br><br> **VEHICLE LOAN** <br><br> **2004 DODGE RAM 1500 TRUCK** <br> **VIN: 1D7HA18N845694233** <br> **MILEAGE: 85,000** <br> **N.A.D.A. MARKET VALUE** | | | | 10,700.00 | 0.00 |
| | | | Value $          10,700.00 | | | | | |

   **1**    continuation sheets attached                       Subtotal         156,315.00         62,415.00

                                         (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                  Best Case Bankruptcy

In re    **JEAN RAYMOND PETREQUIN,**        Case No.   **4:12-bk-01784-JMM**
        **DENA JACQUELINE PETREQUIN**

                                Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3307**<br><br>**PIMA COUNTY**<br>**130 W. CONGRESS STREET**<br>**TUCSON, AZ 85701** | | C | **2007**<br>**PROPERTY TAXES**<br>**16429 S LONE SAGUARO ROAD**<br>**SAHUARITA, AZ 85629**<br>**RESIDENTIAL PROPERTY**<br>**PIMA PARCEL #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--7**<br>**LEGAL: IRR PTN N400' S900' E440' SE4 NE4 4.60 AC** | | | | | |
| | | | Value $        **83,200.00** | | | | **0.00** | **0.00** |
| Account No. **9981**<br><br>**SPEEDY CASH**<br>**2351 N. ALVERNON**<br>**TUCSON, AZ 85712** | | C | **3/2011**<br><br>**CAR TITLE LOAN**<br><br>**2005 CHEVROLET MALIBU**<br>**VIN: 1G1ND52F75M155906**<br>**MILEAGE: 72,000** | | | | | |
| | | | Value $        **6,300.00** | | | | **1,000.00** | **0.00** |
| Account No. **2028**<br><br>**THE RENTAL STORE, INC**<br>**2020 W PRINCE ROAD**<br>**TUCSON, AZ 85705** | | C | **3/2011**<br><br>**RENT TO OWN CONTRACT**<br><br>**2 SOFAS, LOVESEAT** | | | | | |
| | | | Value $        **2,072.00** | | | | **2,072.00** | **0.00** |
| Account No.<br><br>**RAC ACCEPTANCE**<br>**5501 HEADQUARTERS DRIVE**<br>**PLANO, TX 75024** | | | **Representing:**<br>**THE RENTAL STORE, INC** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No.<br><br>**SAM LEVITZ**<br>**2020 W PRINCE ROAD**<br>**TUCSON, AZ 85705** | | | **Representing:**<br>**THE RENTAL STORE, INC** | | | | **Notice Only** | |
| | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **3,072.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **159,387.00** | **62,415.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re   **JEAN RAYMOND PETREQUIN,**      Case No.   **4:12-bk-01784-JMM**
         **DENA JACQUELINE PETREQUIN**
                                            ,
                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

0 continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **JEAN RAYMOND PETREQUIN,**                    Case No.  **4:12-bk-01784-JMM**
        **DENA JACQUELINE PETREQUIN**

                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| **Account No. xxxxxxxx1971** | | | | | 1/2010 DEFICIENCY BALANCE | | | | |
| **A & L FINANCIAL CORP 5151 E BROADWAY BLVD #255 TUCSON, AZ 85711** | C | | | | | | | | 4,655.21 |
| **Account No.** | | | | | Representing: A & L FINANCIAL CORP | | | | |
| **THUNDERBIRD COLLECTION 3200 N HAYDEN RD STE 100 SCOTTSDALE, AZ 85251** | | | | | | | | | Notice Only |
| **Account No. xxxxxx8101** | | | | | 5/2007 STUDENT LOAN | | | | |
| **ACS/WELLS FARGO 501 BLEECKER ST UTICA, NY 13501** | C | | | | | | | | 5,819.00 |
| **Account No.** | | | | | Representing: ACS/WELLS FARGO | | | | |
| **AZ ATTORNEY GENERAL 1275 W. WASHINGTON ST. PHOENIX, AZ 85007** | | | | | | | | | Notice Only |

|  |  |
|---|---|
| **26** continuation sheets attached | Subtotal (Total of this page)    **10,474.21** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                            S/N:29226-111130    Best Case Bankruptcy

In re    **JEAN RAYMOND PETREQUIN,**
            **DENA JACQUELINE PETREQUIN**          Case No.    **4:12-bk-01784-JMM**

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **US DEPARTMENT OF EDUCATION DIRECT LOAN SERVICING CENTER PO BOX 5609 GREENVILLE, TX 75403-5609** | | | Representing: **ACS/WELLS FARGO** | | | | **Notice Only** |
| Account No. **xx1932** **ALBANY COUNTY CLERK COUNTY COURT HOUSE ROOM 28 16 EAGLE STREET ALBANY, NY 12207** | C | | 1/2011 STATE TAX LIEN | | | | **1,750.00** |
| Account No. **xxx-xx-6842** **AMERICAN HOME SHIELD PO BOX 851 MEMPHIS, TN 38101** | C | | 11/2009 INSURANCE | | | | **550.00** |
| Account No. **8264** **TRANSWORLD SYSTEMS 5090 N 40TH ST SUITE 170 PHOENIX, AZ 85018** | | | Representing: **AMERICAN HOME SHIELD** | | | | **Notice Only** |
| Account No. **xxxxxx9956** **AMERIQUEST/AMC MORTGAGE P O BOX 11056 ORANGE, CA 92856-8165** | C | | 5/2006 POTENTIAL DEFICIENCY | | | | **Unknown** |

Sheet no. __1__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal
           (Total of this page)      **2,300.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                           Best Case Bankruptcy

In re   **JEAN RAYMOND PETREQUIN,**
       **DENA JACQUELINE PETREQUIN**

Case No.  **4:12-bk-01784-JMM**

                  Debtors,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6837**<br><br>**BANFIELD**<br>**1175 W IRVINGTON**<br>**TUCSON, AZ 85714** | C | | 1/2009<br>MEDICAL BILL | | | | 195.00 |
| Account No. **xxxxxxx9001**<br><br>**BANFIELD PET HOSPITAL**<br>**4374 N ORACLE ROAD**<br>**TUCSON, AZ 85705** | | H | MEDICAL BILL | | | | 503.00 |
| Account No.<br><br>**Ic Systems Inc**<br>**PO BOX 64378**<br>**ST. PAUL, MN 55164** | | | Representing:<br>**BANFIELD PET HOSPITAL** | | | | Notice Only |
| Account No. **xxx5772**<br><br>**BMG MUSIC SERVICE**<br>**P O BOX 91545**<br>**INDIANAPOLIS, IN 46291-0545** | C | | 2/2011<br>CREDIT CARD | | | | 55.00 |
| Account No.<br><br>**TORRES CREDIT SRV**<br>**27 FAIRVIEW**<br>**CARLISLE, PA 17013** | | | Representing:<br>**BMG MUSIC SERVICE** | | | | Notice Only |

Sheet no. __2__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**753.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re　**JEAN RAYMOND PETREQUIN,**
　　　**DENA JACQUELINE PETREQUIN**

Case No.　**4:12-bk-01784-JMM**

,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxxx1950  **CAPITAL ONE BANK ATTN: BANKRUPTCY DEPT. PO BOX 30285 SALT LAKE CITY, UT 84130** | C | | | 10/2001 **CREDIT CARD** | | | | 2,031.00 |
| Account No.  **CREDITORS INTERCHANGE 80 HOLTZ DR. BUFFALO, NY 14225** | | | | Representing: **CAPITAL ONE BANK** | | | | Notice Only |
| Account No. 7953  **CARONDELET HEALTH CARE P O BOX 28814 TUCSON, AZ 85726** | C | | | 4/2010 **MEDICAL BILL REFER ALSO TO ACCT #1112** | | | | 103.00 |
| Account No. 3801  **CATALINA RADIOLOGY, PC PO BOX 98336 Phoenix, AZ 85038-0336** | C | | | 10/2007 **MEDICAL BILL** | | | | 208.00 |
| Account No. 5500  **CHASE BANK USA, N.A. ATTN: BANKRUPTCY DEPT PO BOX 100043 KENNESAW, GA 30156-9243** | C | | | 10/2008 **DEFICIENCY BALANCE FROM CREDITOR SALE OF 2005 CHEVROLET VIN: 1G1AK12F157600930** | | | | 11,000.00 |

Sheet no. __3__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,342.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **JEAN RAYMOND PETREQUIN,**
     **DENA JACQUELINE PETREQUIN**
                                              ,
Debtors

Case No.   **4:12-bk-01784-JMM**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Representing: CHASE BANK USA, N.A. | | | | Notice Only |
| **CHASE AUTOMOTIVE FINANCE ATTN: BANKRUPTCY RESEARCH DEPT. 3415, VISON DR COLUMBUS, OH 43219** | | | | | | | | |
| Account No. | | | | Representing: CHASE BANK USA, N.A. | | | | Notice Only |
| **PLAZA RECOVERY ASSOC. Acct No. PO BOX 18008 HAUPPAUGE, NY 11788-8808** | | | | | | | | |
| Account No. **xxxxxx2144** | | | | 2/2011 CREDIT CARD | | | | |
| **CITI CARDS CUSTOMER SERVICE PO BOX 6000 THE LAKES, NV 89163-6000** | C | | | | | | | 2,162.00 |
| Account No. | | | | Representing: CITI CARDS | | | | Notice Only |
| **MIDLAND CREDIT MGMT IN 8875 AERO DR SAN DIEGO, CA 92123** | | | | | | | | |
| Account No. **5165** | | | | 2010 MEDICAL BILL | | | | |
| **CITY OF TUCSON/TFD/EMT 255 W ALAMEDA TUCSON, AZ 85701** | C | | | | | | | 68.00 |

Sheet no. __4__ of __26__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,230.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re    **JEAN RAYMOND PETREQUIN,**
        **DENA JACQUELINE PETREQUIN**

Case No.    **4:12-bk-01784-JMM**

                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2073** <br><br> **SURETY ACCEPTANCE CORP** <br> **6440 E BROADWAY** <br> **TUCSON, AZ 85710** | | | Representing: <br> **CITY OF TUCSON/TFD/EMT** | | | | **Notice Only** |
| Account No. **xxxxxxxxx284A** <br><br> **COLONY BRANDS** <br> **1112 7TH AVE** <br> **MONROE, WI 53566** | C | | 12/2006 <br> **CREDIT CARD** | | | | **154.00** |
| Account No. **xxxxxxx3232** <br><br> **COMPASS BANK** <br> **ATTN: BANKRUPTCY DEPT** <br> **PO BOX 10566** <br> **BIRMINGHAM, AL 35282-9962** | C | | 1/2010 <br> **OVERDRAWN** | | | | **488.63** |
| Account No. <br><br> **RJM ACQ LLC** <br> **575 UNDERHILL BLVD SUITE 224** <br> **SYOSSET, NY 11791** | | | Representing: <br> **COMPASS BANK** | | | | **Notice Only** |
| Account No. <br><br> **TRS RECOVERY SERVICES, INC** <br> **CORPORATE OFFICES** <br> **5251 WESTHEIMER** <br> **HOUSTON, TX 77056** | | | Representing: <br> **COMPASS BANK** | | | | **Notice Only** |

Sheet no. __5__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**642.63**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re  **JEAN RAYMOND PETREQUIN,**
      **DENA JACQUELINE PETREQUIN**

Case No.  **4:12-bk-01784-JMM**

                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-6842**<br><br>**CONTINENTAL PEDIATRICS**<br>**1150 W WHITEHOUSE CANYON**<br>**GREEN VALLEY, AZ 85614** | | C | **MEDICAL BILL** | | | | 400.00 |
| Account No. **xxx-xx-6842**<br><br>**DELL CORPORATION**<br>**LEGAL DEPT**<br>**1 DELL WAY**<br>**ROUND ROCK, TX 78682** | | C | 4/2006<br>**CREDIT CARD** | | | | 500.00 |
| Account No.<br><br>**ENCORE RECEIVABLE MANAGEMENT**<br>**PO BOX 3330**<br>**OLATHE, KS 66063-3330** | | | Representing:<br>**DELL CORPORATION** | | | | Notice Only |
| Account No.<br><br>**IC SYSTEMS**<br>**444 HWY 96 EAST BOX 64887**<br>**SAINT PAUL, MN 55164** | | | Representing:<br>**DELL CORPORATION** | | | | Notice Only |
| Account No. **5336**<br><br>**DEPARTMENT OF VETERANS AFFAIRS**<br>**P O BOX 1437**<br>**ST PETERSBURG, FL 33731** | | C | 11/2011<br>**MEDICAL BILL** | | | | 467.00 |

Sheet no. _**6**_ of _**26**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,367.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re  **JEAN RAYMOND PETREQUIN,**
       **DENA JACQUELINE PETREQUIN**                    Case No.   **4:12-bk-01784-JMM**
                                                                              ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7803** <br><br> **DEPT OF EDUCATION** <br> **PO BOX 69184** <br> **HARRISBURG, PA** | C | | **STUDENT LOAN** | | | | **6,000.00** |
| Account No. <br><br> **AZ ATTORNEY GENERAL** <br> **1275 W. WASHINGTON ST.** <br> **PHOENIX, AZ 85007** | | | Representing: <br> **DEPT OF EDUCATION** | | | | **Notice Only** |
| Account No. <br><br> **US DEPARTMENT OF EDUCATION** <br> **DIRECT LOAN SERVICING CENTER** <br> **PO BOX 5609** <br> **GREENVILLE, TX 75403-5609** | | | Representing: <br> **DEPT OF EDUCATION** | | | | **Notice Only** |
| Account No. **xxx0770** <br><br> **DESERT CARDIOLOGY OF TUCSON** <br> **6080 N. LA CHOLLA BLVD** <br> **TUCSON, AZ 85741** | H | | 6/2009 <br> **MEDICAL BILL** | | | | **230.00** |
| Account No. <br><br> **BUREAU OF MED ECONCS** <br> **326 E. CORONADO RD** <br> **PHOENIX, AZ 85004** | | | Representing: <br> **DESERT CARDIOLOGY OF TUCSON** | | | | **Notice Only** |

Sheet no. __**7**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **6,230.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re   **JEAN RAYMOND PETREQUIN,**
        **DENA JACQUELINE PETREQUIN**

Case No.  **4:12-bk-01784-JMM**

Debtors,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **5867** <br><br> **DESERT CARDIOLOGY OF TUCSON** <br> **6080 N. LA CHOLLA BLVD** <br> **TUCSON, AZ 85741** | C | | | 10/2008 <br> MEDICAL BILL | | | | 720.00 |
| Account No. **xxxx5862** <br><br> **DIRECTV** <br> **PO BOX 60036** <br> **LOS ANGELES, CA 90060-0036** | H | | | 9/2011 <br> SATELLITE TELEVISION | | | | 75.00 |
| Account No. <br><br> **FOCUS RECEIVABLES MANA** <br> **1130 NORTHCHASE PARKWAY SUITE 150** <br> **MARIETTA, GA 30067** | | | | Representing: <br> DIRECTV | | | | Notice Only |
| Account No. <br><br> **QWEST** <br> **ATTN: BANKRUPTCY DEPARTMENT** <br> **BOX 5508** <br> **BISMARCK, ND 58506-5508** | | | | Representing: <br> DIRECTV | | | | Notice Only |
| Account No. **xxxxxxxxxxxxx0004** <br><br> **FED LOAN SERV** <br> **POB 69184** <br> **HARRISBURG, PA 17106** | C | | | 1/2010 <br> STUDENT LOAN | | | | 6,540.00 |

Sheet no. __8__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,335.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **JEAN RAYMOND PETREQUIN,**            Case No.   **4:12-bk-01784-JMM**
         **DENA JACQUELINE PETREQUIN**

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AZ ATTORNEY GENERAL**<br>**1275 W. WASHINGTON ST.**<br>**PHOENIX, AZ 85007** | | | **Representing:**<br>**FED LOAN SERV** | | | | **Notice Only** |
| Account No.<br><br>**US DEPARTMENT OF EDUCATION**<br>**DIRECT LOAN SERVICING CENTER**<br>**PO BOX 5609**<br>**GREENVILLE, TX 75403-5609** | | | **Representing:**<br>**FED LOAN SERV** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxxx0003**<br><br>**FED LOAN SERV**<br>**POB 69184**<br>**HARRISBURG, PA 17106** | C | | 1/2010<br>**STUDENT LOAN** | | | | **4,500.00** |
| Account No.<br><br>**AZ ATTORNEY GENERAL**<br>**1275 W. WASHINGTON ST.**<br>**PHOENIX, AZ 85007** | | | **Representing:**<br>**FED LOAN SERV** | | | | **Notice Only** |
| Account No.<br><br>**US DEPARTMENT OF EDUCATION**<br>**DIRECT LOAN SERVICING CENTER**<br>**PO BOX 5609**<br>**GREENVILLE, TX 75403-5609** | | | **Representing:**<br>**FED LOAN SERV** | | | | **Notice Only** |

Sheet no.  **9**  of  **26**  sheets attached to Schedule of                 Subtotal
Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)       **4,500.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com               Best Case Bankruptcy

In re  **JEAN RAYMOND PETREQUIN,**
      **DENA JACQUELINE PETREQUIN**
                                                      ,
                                    Debtors

Case No.   **4:12-bk-01784-JMM**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxxx0005** <br><br> **FED LOAN SERV** <br> **PO BOX 69184** <br> **HARRISBURG, PA 17106** | C | | | 8/2010 <br> **STUDENT LOAN** | | | | 3,000.00 |
| Account No. <br><br> **AZ ATTORNEY GENERAL** <br> **1275 W. WASHINGTON ST.** <br> **PHOENIX, AZ 85007** | | | | Representing: <br> **FED LOAN SERV** | | | | Notice Only |
| Account No. <br><br> **US DEPARTMENT OF EDUCATION** <br> **DIRECT LOAN SERVICING CENTER** <br> **PO BOX 5609** <br> **GREENVILLE, TX 75403-5609** | | | | Representing: <br> **FED LOAN SERV** | | | | Notice Only |
| Account No. **xxxxxxxxxxxx0006** <br><br> **FED LOAN SERV** <br> **PO BOX 69184** <br> **HARRISBURG, PA 17106** | C | | | 8/2010 <br> **STUDENT LOAN** | | | | 2,774.00 |
| Account No. <br><br> **AZ ATTORNEY GENERAL** <br> **1275 W. WASHINGTON ST.** <br> **PHOENIX, AZ 85007** | | | | Representing: <br> **FED LOAN SERV** | | | | Notice Only |

Sheet no. __10__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,774.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **JEAN RAYMOND PETREQUIN,**
         **DENA JACQUELINE PETREQUIN**                                          Case No.   **4:12-bk-01784-JMM**

                                                                                        ,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **US DEPARTMENT OF EDUCATION DIRECT LOAN SERVICING CENTER PO BOX 5609 GREENVILLE, TX 75403-5609** | | | | | Representing: **FED LOAN SERV** | | | | **Notice Only** |
| Account No. **8882** | | | | | 5/2008 **CREDIT CARD** | | | | |
| **FINGERHUT ATTN: BANKRUPTCY DEPARTMENT PO BOX 1250 SAINT CLOUD, MN 56395-1250** | C | | | | | | | | **425.00** |
| Account No. | | | | | | | | | |
| **CITI CARDS CORRESPONDENCE PO BOX 6077 Sioux Falls, SD 57117-6077** | | | | | Representing: **FINGERHUT** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxxx1518** | | | | | 7/2005 **CREDIT CARD** | | | | |
| **FIRST PREMIER BANK 601 S MINNESOTA AVE SIOUX FALLS, SD 57104** | C | | | | | | | | **368.00** |
| Account No. **xxxx5579** | | | | | 5/2010 **MEDICAL BILL** | | | | |
| **HOSPITALIST OF ARIZONA 4605 LANKERSHIM BLVD  SUITE 617 NORTH HOLLYWOOD, CA 91602** | C | | | | | | | | **131.00** |

Sheet no. **11** of **26** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **924.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

In re    **JEAN RAYMOND PETREQUIN,**
       **DENA JACQUELINE PETREQUIN**

Case No.    **4:12-bk-01784-JMM**

                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**IC SYSTEMS INC**<br>**PO BOX 64378**<br>**SAINT PAUL, MN 55164** | | | Representing:<br>**HOSPITALIST OF ARIZONA** | | | | **Notice Only** |
| Account No. **xxx5674**<br><br>**HUDSON VALLEY HOSPITAL CENTER**<br>**1980 CROMPOND ROAD**<br>**CORTLANDT MANOR, NY 10567** | C | | 2/2009<br>**MEDICAL BILL**<br>**REFER ALSO TO ACCT #3655** | | | | **700.00** |
| Account No.<br><br>**NATIONAL RECOVERY AGEN**<br>**2491 PAXTON ST**<br>**HARRISBURG, PA 17111** | | | Representing:<br>**HUDSON VALLEY HOSPITAL CENTER** | | | | **Notice Only** |
| Account No. **xxxxx82N1**<br><br>**INPATIENT MEDICAL CONSULTANTS**<br>**6375 E TANQUE VERDE STE 110**<br>**TUCSON, AZ 85715** | C | | 8/2011<br>**MEDICAL BILL** | | | | **505.00** |
| Account No.<br><br>**GEN BUSINESS RECOVERIE**<br>**PO BOX 41960**<br>**TUCSON, AZ 85717** | | | Representing:<br>**INPATIENT MEDICAL CONSULTANTS** | | | | **Notice Only** |

Sheet no. __**12**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,205.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re  **JEAN RAYMOND PETREQUIN,**
**DENA JACQUELINE PETREQUIN**

Case No.  **4:12-bk-01784-JMM**

                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **5073** <br><br> **INPATIENT MEDICAL CONSULTANTS** <br> **2260 N ROSEMONT  SUITE 100** <br> **TUCSON, AZ 85712** | | | | | Representing: <br> **INPATIENT MEDICAL CONSULTANTS** | | | | **Notice Only** |
| Account No. **xxx-xx-6842** <br><br> **IRS CENTRALIZED INSOLVENCY** <br> **CENTRALIZED INSOLVENCY** <br> **OPERATIONS** <br> **PO BOX 7346** <br> **PHILADELPHIA, PA 19101-7346** | C | | | | **2006 2007** <br> **FEDERAL INCOME TAX** | | | | **1,000.00** |
| Account No. **xxxx1429** <br><br> **JEANA WILSON, ADMINISTRATRIX** <br> **ESTATE OF DENISE McBRIDE** <br> **C/O 67 WALL STREET, 22ND FLOOR** <br> **NEW YORK, NY 10005** | C | | | | **2007** <br> **POTENTIAL CLAIM** <br> **MALPRACTICE LAWWUIT** | X | X | X | **Unknown** |
| Account No. <br><br> **HPM&B ATTORNEYS AT LAW** <br> **81 MAIN STREET** <br> **WHITE PLAINS, NY 10601** | | | | | Representing: <br> **JEANA WILSON, ADMINISTRATRIX** | | | | **Notice Only** |
| Account No. **xxx-xx-4810** <br><br> **JEFFRY'S HOME REPAIR** <br> **1180 W DUVAL ROAD** <br> **Green Valley, AZ 85614** | C | | | | **2011** <br> **PROPERTY MAINTENANCE** | | | | **Unknown** |

Sheet no. __**13**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,000.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **JEAN RAYMOND PETREQUIN,**
        **DENA JACQUELINE PETREQUIN**

Case No.   **4:12-bk-01784-JMM**

Debtors ,

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-4810** **LIFE NET MEDICAL HELICOPTER C/O LIFE NET OF NEW YORK 43 NEW SCOTLAND AVENUE ALBANY, NY 12208** | C | | | | **2011 MEDICAL BILL** | | | | **10,000.00** |
| Account No. **7479** **MCI COMMUNICATIONS PO BOX 163250 Columbus, OH 43216-3250** | C | | | | **10/2008 CELL PHONE REFER ALSO TO ACCT#6484** | | | | **1,365.00** |
| Account No. **MCM PO BOX 939019 SAN DIEGO, CA 92193-9019** | | | | | Representing: **MCI COMMUNICATIONS** | | | | **Notice Only** |
| Account No. **xxxxxx29N1** **MEDICAL ASSOCIATES OF MONROE 239 E BROWN STREET East Stroudsburg, PA 18301** | H | | | | **4/2008 MEDICAL BILL** | | | | **640.00** |
| Account No. **COMMONWEALTH FINANCIAL 237 N MAIN STREET DICKSON CITY, PA 18519** | | | | | Representing: **MEDICAL ASSOCIATES OF MONROE** | | | | **Notice Only** |

Sheet no. __**14**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,005.00**

In re    **JEAN RAYMOND PETREQUIN,**
       **DENA JACQUELINE PETREQUIN**                         Case No.   **4:12-bk-01784-JMM**

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0051**<br><br>**MET-ED**<br>**76 S MAIN STREET  A-RPC**<br>**Akron, OH 44308** | | C | 7/2006<br>**ELECTRIC UTILITY** | | | | **5,015.00** |
| Account No. **xxx-xx-6842**<br><br>**MONROE COUNTY TAX ASSESSOR**<br>**ALBERTA E. TALLADA**<br>**611 E BROAD STREET**<br>**EAST STROUDSBURG, PA 18301-2311** | | C | 2007<br>**PROPERTY TAX DEFICIENCY** | | | | **1,100.00** |
| Account No. **xxx-xx-6842**<br><br>**MOUNTAIN VIEW SPORTS CORP**<br>**6931 N SOLAZ SEGUNDO**<br>**TUCSON, AZ 85718** | | C | 6/2008<br>**PERSONAL LOAN** | | | | **4,500.00** |
| Account No. **3778**<br><br>**NEUROPSYCHOLOGY LDT**<br>**7461 E TANQUE VERDE ROAD**<br>**TUCSON, AZ 85715** | | C | 1/2011<br>**MEDICAL BILL** | | | | **40.00** |
| Account No. **x0002**<br><br>**NORTHWEST ALLIED PHYSICIANS**<br>**PO BOX 29675  DEPT 2032**<br>**PHOENIX, AZ 85038** | | C | 1/2008<br>**MEDICAL BILL** | | | | **125.00** |

Sheet no. **15** of **26** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims            Subtotal (Total of this page)         **10,780.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re   **JEAN RAYMOND PETREQUIN,**
       **DENA JACQUELINE PETREQUIN**

Case No.   **4:12-bk-01784-JMM**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1490**<br><br>**NORTHWEST MEDICAL CENTER**<br>**6200 N LA CHOLLA BLVD**<br>**TUCSON, AZ 85741** | C | | | 12/2007<br>**MEDICAL BILL** | | | | 1,285.00 |
| Account No.<br><br>**PROFESSIONAL ACCOUNT SERVICES**<br>**PO BOX 188**<br>**BRENTWOOD, TN 37024** | | | | Representing:<br>**NORTHWEST MEDICAL CENTER** | | | | Notice Only |
| Account No. **9675**<br><br>**PEDIATRIX MED GROUP**<br>**4722 N 24TH ST STE 150**<br>**PHOENIX, AZ 85016** | C | | | 2/2008<br>**MEDICAL BILL**<br>**REFER ALSO TO ACCT#5948** | | | | 1,109.00 |
| Account No. **0524**<br><br>**PIMA HEART PHYSICIANS**<br>**PO BOX 53309**<br>**PHOENIX, AZ 85072** | C | | | 5/2011<br>**MEDICAL BILL** | | | | 100.00 |
| Account No. **4894**<br><br>**PIMA PATHOLOGISTS, PC**<br>**1701 W ST. MARY'S RD.**<br>**D-108**<br>**TUCSON, AZ 85745** | C | | | 9/2011<br>**MEDICAL BILL** | | | | 175.00 |

Sheet no. __**16**__ of __**26**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,669.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **JEAN RAYMOND PETREQUIN,**               Case No.   **4:12-bk-01784-JMM**
      **DENA JACQUELINE PETREQUIN**
                                               ,
                                     Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0348**<br><br>**PNC BANK**<br>**6750 MILLER ROAD**<br>**ATTN: BANKRUPTCY DEPT.**<br>**BRECKSVILLE, OH 44141** | | C | | 4/2009<br>OVERDRAWN | | | | **112.00** |
| Account No. **xxxxx6255**<br><br>**POCONO EMERGENCY PHYSICIANS**<br>**206 E BROWN STREET**<br>**EAST STROUDSBURG, PA 18301** | | H | | 2/2008<br>MEDICAL BILL<br>REFER ALSO TO ACCT #0053 | | | | **1,153.00** |
| Account No.<br><br>**NCO FIN /99**<br>**PO BOX 15636**<br>**WILMINGTON, DE 19850** | | | | Representing:<br>**POCONO EMERGENCY PHYSICIANS** | | | | **Notice Only** |
| Account No. **xxx1214**<br><br>**POCONO INTERNAL MEDICINE**<br>**500 PLAZA COURT STE B**<br>**EAST STROUDSBURG, PA 18301** | | H | | 12/2007<br>MEDICAL BILL<br>REFER ALSO TO ACCT #6508 | | | | **340.00** |
| Account No.<br><br>**NATIONAL RECOVERY AGEN**<br>**2491 PAXTON ST**<br>**HARRISBURG, PA 17111** | | | | Representing:<br>**POCONO INTERNAL MEDICINE** | | | | **Notice Only** |

Sheet no. __**17**__ of __**26**__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)      **1,605.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com         Best Case Bankruptcy

In re  **JEAN RAYMOND PETREQUIN,**
       **DENA JACQUELINE PETREQUIN**
                             Debtors

Case No.  **4:12-bk-01784-JMM**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **3177**<br><br>**POCONO MEDICAL CENTER**<br>**206 E BROWN STREET**<br>**East Stroudsburg, PA 18301** | C | | | 9/2007<br>**MEDICAL BILL**<br>**REFER ALSO TO ACCT #2585** | | | | 8,238.00 |
| Account No. **380R**<br><br>**QWEST**<br>**ATTN: BANKRUPTCY DEPARTMENT**<br>**BOX 5508**<br>**BISMARCK, ND 58506-5508** | C | | | 7/2008<br>**CABLE TV** | | | | 802.00 |
| Account No.<br><br>**CENTURY LINK/QWEST**<br>**PO BOX 29040**<br>**PHOENIX, AZ 85038-9040** | | | | Representing:<br>**QWEST** | | | | Notice Only |
| Account No. **3076**<br><br>**RADIOLOGY LTD**<br>**1980 W HOSPITAL DR**<br>**TUCSON, AZ 85704** | C | | | 4/2011<br>**MEDICAL BILL** | | | | 14.26 |
| Account No. **xxx0591**<br><br>**REGIS UNIVERSITY**<br>**3333 REGIS BLVD**<br>**DENVER, CO 80221** | C | | | 9/2011<br>**TUITION FINANCIAL AID** | | | | 7,330.00 |

Sheet no. __18__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,384.26

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **JEAN RAYMOND PETREQUIN,**
      **DENA JACQUELINE PETREQUIN**

Case No.  **4:12-bk-01784-JMM**

_____,
             Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **TRANSWORLD SYSTEMS** 5090 N 40TH ST SUITE 170 PHOENIX, AZ 85018 | | | | Representing: REGIS UNIVERSITY | | | | Notice Only |
| Account No. **7177** **WILLIAMS & FUDGE INC** POB 266 ROCK HILL, SC 29731 | | | | Representing: REGIS UNIVERSITY | | | | Notice Only |
| Account No. **5389** **RURAL METRO CORPORATION** PO BOX 9274 SCOTTSDALE, AZ 85252-9274 | C | | | 7/2011 MEDICAL BILL | | | | 100.00 |
| Account No. **xxxxxx4980** **SAFELITE AUTO GLASS** 7381 E BROADWAY TUCSON, AZ 85711 | H | | | CREDIT CARD | | | | 278.00 |
| Account No. **RECOVERY ONE** 5100 PARKCENTER AV DUBLIN, OH 43017 | | | | Representing: SAFELITE AUTO GLASS | | | | Notice Only |

Sheet no. __**19**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**378.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re  **JEAN RAYMOND PETREQUIN,**
    **DENA JACQUELINE PETREQUIN**

Case No.   **4:12-bk-01784-JMM**

                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3716**<br><br>**SCHOLASTIC BOOK CLUB**<br>**PO BOX 7500**<br>**JEFFERSON CITY, MO 65102** | C | | 7/2011<br>CREDIT CARD | | | | 339.00 |
| Account No.<br><br>**RJM ACQUISITIONS FUNDING LLC**<br>**575 UNDERHILL BLVD.**<br>**SUITE 224**<br>**SYOSSET, NY 11791-9827** | | | Representing:<br>**SCHOLASTIC BOOK CLUB** | | | | **Notice Only** |
| Account No. **xxx-xx-6842**<br><br>**SERRS TOWING**<br>**2925 HEMET PEAK ROAD**<br>**Sahuarita, AZ 85629** | C | | 2007<br>TOWING BILL | | | | 90.00 |
| Account No. **9138**<br><br>**SOUTHWEST AMBULANCE**<br>**PO BOX 9272**<br>**SCOTTSDALE, AZ 85252-9272** | C | | 5/2011<br>MEDICAL BILL<br>REFER ALSO TO ACCT #5389 | | | | 3,060.00 |
| Account No. **xxxxxxxxxxxxxxx0742**<br><br>**SOUTHWEST EMERGENCY ASSOCIATES**<br>**P.O. BOX 4419**<br>**WOODLAND HILLS, CA 91365** | C | | 5/2009<br>MEDICAL BILL<br>REFER ALSO TO ACCTS #0743, 6262,4615 | | | | 728.00 |

Sheet no. __20__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 4,217.00 |
|---|

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **JEAN RAYMOND PETREQUIN,**
　　　**DENA JACQUELINE PETREQUIN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　,
Case No. **4:12-bk-01784-JMM**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Cmre Financial Services Inc** **3075 E IMPERIAL HWY** **SUITE 200** **BREA, CA 92821** | | | | Representing: **SOUTHWEST EMERGENCY ASSOCIATES** | | | | **Notice Only** |
| Account No. **xxxxxxxx2209** | | | | 11/2011 **MEDICAL BILL** **REFER ALSO TO ACCT #2209** | | | | |
| **STRONGHOLD EMERGENCY MEDICINE** **901 W REX ALLEN DRIVE** **WILLCOX, AZ 85643** | C | | | | | | | **257.00** |
| Account No. | | | | | | | | |
| **WEST ASSET MANAGEMENT** **2703 N HIGHWAY 75** **SHERMAN, TX 75092** | | | | Representing: **STRONGHOLD EMERGENCY MEDICINE** | | | | **Notice Only** |
| Account No. **1512** | | | | 11/2011 **INTERNET SERVICE** | | | | |
| **TRANSWORLD NETWORK CORP** **255 PINE AVE NORTH** **OLDSMAR, FL 34677** | C | | | | | | | **1,755.00** |
| Account No. **0003** | | | | 11/2011 **UTILITY** | | | | |
| **TRICO ELECTRIC** **8600 W TANGERINE ROAD** **MARANA, AZ 85653** | C | | | | | | | **737.00** |

Sheet no. **21** of **26** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,749.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re  **JEAN RAYMOND PETREQUIN,**
**DENA JACQUELINE PETREQUIN**

Case No.   **4:12-bk-01784-JMM**

,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx3512** <br><br> **TUCSON MEDICAL CENTER** <br> **5301 EAST GRANT ROAD** <br> **P O BOX 42195** <br> **TUCSON, AZ 85733** | C | | | 6/2010 <br> **MEDICAL BILL** | | | | 2,029.00 |
| Account No. <br><br> **RSI ENTERPRISES-RSIMD** <br> **5440 W NORTHERN AVE** <br> **GLENDALE, AZ 85301** | | | | Representing: <br> **TUCSON MEDICAL CENTER** | | | | Notice Only |
| Account No. **xxxx1021** <br><br> **TUCSON MEDICAL CENTER** <br> **5301 EAST GRANT ROAD** <br> **P O BOX 42195** <br> **TUCSON, AZ 85733** | C | | | 6/2011 <br> **MEDICAL BILL** | | | | 2,028.00 |
| Account No. <br><br> **WEST ASSET MANAGEMENT** <br> **2703 N HIGHWAY 75** <br> **SHERMAN, TX 75092** | | | | Representing: <br> **TUCSON MEDICAL CENTER** | | | | Notice Only |
| Account No. **xxxx9126** <br><br> **TUCSON MEDICAL CENTER** <br> **5301 EAST GRANT ROAD** <br> **P O BOX 42195** <br> **TUCSON, AZ 85733** | C | | | 10/2010 <br> **MEDICAL BILL** <br> **REFER ALSO TO ACCTS** <br> **0204, 8230** | | | | 438.00 |

Sheet no. __22__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,495.00

In re    **JEAN RAYMOND PETREQUIN,**
     **DENA JACQUELINE PETREQUIN**
                          Debtors

Case No.  **4:12-bk-01784-JMM**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**WEST ASSET MANAGEMENT** <br>**2703 N HIGHWAY 75** <br>**SHERMAN, TX 75090** | | | Representing: <br>**TUCSON MEDICAL CENTER** | | | | **Notice Only** |
| Account No. **xxx1792** <br><br>**TUCSON MEDICAL CENTER** <br>**5301 EAST GRANT ROAD** <br>**P O BOX 42195** <br>**TUCSON, AZ 85733** | C | | 3/2010 <br>**MEDICAL BILL** | | | | **75.00** |
| Account No. <br><br>**FIRSTSOURCE ADVANTAGE** <br>**7650 MAGNA DR** <br>**BELLEVILLE, IL 62223** | | | Representing: <br>**TUCSON MEDICAL CENTER** | | | | **Notice Only** |
| Account No. **8592** <br><br>**TUCSON PULMONARY** <br>**6567 E CARONDELET DR  STE 215** <br>**TUCSON, AZ 85710** | C | | 3/2011 <br>**MEDICAL BILL** | | | | **95.00** |
| Account No. **6420** <br><br>**UNITED COMMUNITY HEALTH CENTER** <br>**81 W ESPERANZA BLVD SUITE 201** <br>**GREEN VALLEY, AZ 85614** | C | | 8/2010 <br>**MEDICAL BILL** | | | | **500.00** |

Sheet no. __23__ of __26__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**670.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **JEAN RAYMOND PETREQUIN,**
       **DENA JACQUELINE PETREQUIN**
                                              ,

Case No.  **4:12-bk-01784-JMM**

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2381**<br><br>**UNIVERSITY MEDICAL CENTER**<br>**1501 N CAMPBELL AVE**<br>**TUCSON, AZ 85719** | C | | | 10/2010<br>**MEDICAL BILL** | | | | 375.00 |
| Account No. **xxxxxx0100**<br><br>**UNIVERSITY OF PHOENIX**<br>**4615 E. ELWOOD ST.**<br>**PHOENIX, AZ 85040** | | H | | 6/2007<br>**STUDENT LOAN** | | | | 1,236.00 |
| Account No.<br><br>**AZ ATTORNEY GENERAL**<br>**1275 W. WASHINGTON ST.**<br>**PHOENIX, AZ 85007** | | | | Representing:<br>**UNIVERSITY OF PHOENIX** | | | | Notice Only |
| Account No.<br><br>**US DEPARTMENT OF EDUCATION**<br>**DIRECT LOAN SERVICING CENTER**<br>**PO BOX 5609**<br>**GREENVILLE, TX 75403-5609** | | | | Representing:<br>**UNIVERSITY OF PHOENIX** | | | | Notice Only |
| Account No. **xxxxxx6364**<br><br>**UNIVERSITY OF PHOENIX**<br>**4615 E. ELWOOD ST.**<br>**PHOENIX, AZ 85040** | C | | | 4/2007<br>**STUDENT LOAN** | | | | 799.00 |

Sheet no. **24** of **26** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,410.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **JEAN RAYMOND PETREQUIN,**
       **DENA JACQUELINE PETREQUIN**

Case No.   **4:12-bk-01784-JMM**

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**ACT, INC**<br>**PO BOX 1436501**<br>**Canoga Park, CA 91309** | | | | **Representing:**<br>**UNIVERSITY OF PHOENIX** | | | | **Notice Only** |
| Account No. <br><br>**AZ ATTORNEY GENERAL**<br>**1275 W. WASHINGTON ST.**<br>**PHOENIX, AZ 85007** | | | | **Representing:**<br>**UNIVERSITY OF PHOENIX** | | | | **Notice Only** |
| Account No. <br><br>**US DEPARTMENT OF EDUCATION**<br>**DIRECT LOAN SERVICING CENTER**<br>**PO BOX 5609**<br>**GREENVILLE, TX 75403-5609** | | | | **Representing:**<br>**UNIVERSITY OF PHOENIX** | | | | **Notice Only** |
| Account No. **2381** <br><br>**UNIVERSITY PHYSICIANS**<br>**P O BOX 29681**<br>**PHOENIX, AZ 85038** | C | | | 9/2011<br>**MEDICAL BILL**<br>**REFER ALSO TO ACCT #6810** | | | | **102.00** |
| Account No. **xxxxxx1790** <br><br>**VERIZON WIRELESS**<br>**ATTN: BANKRUPTCY DEPT**<br>**1515 E WOODFIELD ROAD SUITE 1400**<br>**SCHAUMBURG, IL 60173** | C | | | 5/2011<br>**CELLULAR PHONE**<br>**REFER ALSO TO ACCT #1992** | | | | **2,450.00** |

Sheet no. __**25**__ of __**26**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,552.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re  **JEAN RAYMOND PETREQUIN,**
**DENA JACQUELINE PETREQUIN**

Case No.  **4:12-bk-01784-JMM**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**MIDLAND CREDIT MGMT INC** <br>**8875 AERO DR** <br>**SAN DIEGO, CA 92123** | | | **Representing:** <br>**VERIZON WIRELESS** | | | | **Notice Only** |
| Account No. **4622** <br><br>**WELLS FARGO BANK, N.A.** <br>**CORRESPONDENCE** <br>**PO BOX 2908** <br>**PHOENIX, AZ 85062-2908** | C | | 1/2008 <br>**OVERDRAWN** <br>**REFER ALSO TO ACCT #8918** | | | | 1,027.00 |
| Account No. **xxx-xx-6842** <br><br>**WENHUI CAI MD** <br>**PO BOX 64805** <br>**TUCSON, AZ 85728** | C | | 9/2010 <br>**MEDICAL BILL** | | | | 150.00 |
| Account No. **xxx-xx-6842** <br><br>**WINONA LAKES HOA** <br>**104 WINONA LAKES** <br>**EAST STROUDSBURG, PA 18302** | C | | 2006 <br>**HOME OWNER'S ASSOCIATION DUES** | | | | **Unknown** |
| Account No. <br><br><br><br> | | | | | | | |

Sheet no. **26** of **26** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,177.00**

Total
(Report on Summary of Schedules)

**120,168.10**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re     **JEAN RAYMOND PETREQUIN,**                  Case No.   **4:12-bk-01784-JMM**
         **DENA JACQUELINE PETREQUIN**

                                      Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **MOUNTAIN VIEW SPORTS CORP**<br>**6931 N SOLAZ SEGUNDO**<br>**TUCSON, AZ 85718** | **PROMISSORY NOTE UNSECURED**<br>**SIGNED JUNE 2, 2008**<br>**MONTHLY PAYMENT: $250.OO**<br>**20 MONTH TERM/NO PAYMENTS MADE** |
| **THE RENTAL STORE, INC**<br>**2020 W PRINCE**<br>**TUCSON, AZ 85705** | **LEASE-TO-OWN**<br>**HOUSEHOLD FURNITURE** |

0

Continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **JEAN RAYMOND PETREQUIN,**
        **DENA JACQUELINE PETREQUIN**

Case No.   **4:12-bk-01784-JMM**

                       Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**     continuation sheets attached to Schedule of Codebtors

In re **JEAN RAYMOND PETREQUIN**
**DENA JACQUELINE PETREQUIN**
_____
Debtor(s)

Case No. **4:12-bk-01784-JMM**
_____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**SON**<br>**DAUGHTER**<br>**DAUGHTER**<br>**SON**<br>**SON** | AGE(S):<br>**10**<br>**15**<br>**3**<br>**4**<br>**7** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | **REGISTERED NURSE** |
| Name of Employer | **UNEMPLOYED** | **CARONDELET HEALTH CARE** |
| How long employed | | **ONE YEAR** |
| Address of Employer | | **P O BOX 28814**<br>**TUCSON, AZ 85726** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **5,386.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **5,386.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **0.00** | $ **766.30** |
| b. Insurance | $ **0.00** | $ **511.52** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify) **See Detailed Income Attachment** | $ **0.00** | $ **403.78** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **1,681.60** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **3,704.40** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ **0.00**<br>$ **0.00** | $ **0.00**<br>$ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income<br>(Specify): **CHILD SUPPORT** | $ **0.00**<br>$ **0.00** | $ **500.00**<br>$ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **500.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **0.00** | $ **4,204.40** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **4,204.40** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**SOURCE OF CHILD SUPPORT INCOME:**

**SPOUSE'S FORMER SPOUSE**
**MR. JOHN BRAY**
**C/O JBS SOLLUTIONS LLC**
**1 VALLEY VIEW ROAD**
**STONEY POINT, NY 10980**
**MR. BRAY PAYS CHILD SUPPORT**
**TO DEBTOR'S SPOUSE**

In re    **JEAN RAYMOND PETREQUIN**
         **DENA JACQUELINE PETREQUIN**                    Case No.    **4:12-bk-01784-JMM**
                                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | |
|---|---|---|
| **SPOUSE MEAL TICKETS AVERAGE PER CHECK** | $    **0.00** | $    **175.04** |
| **DISABILITY INSURANCE** | $    **0.00** | $    **30.20** |
| **403B** | $    **0.00** | $    **188.46** |
| **LEGAL PLAN** | $    **0.00** | $    **10.08** |
| **Total Other Payroll Deductions** | $    **0.00** | $    **403.78** |

In re    **JEAN RAYMOND PETREQUIN**
**DENA JACQUELINE PETREQUIN**          Case No.   **4:12-bk-01784-JMM**

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,058.00 |
| a. Are real estate taxes included?    Yes **X**   No ___ | | |
| b. Is property insurance included?    Yes **X**   No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 300.00 |
|                b. Water and sewer | $ | 75.00 |
|                c. Telephone | $ | 85.00 |
|                d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 1,775.00 |
| 5. Clothing | $ | 350.00 |
| 6. Laundry and dry cleaning | $ | 105.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 336.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 200.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                a. Homeowner's or renter's | $ | 0.00 |
|                b. Life | $ | 0.00 |
|                c. Health | $ | 0.00 |
|                d. Auto | $ | 200.00 |
|                e. Other  **See Detailed Expense Attachment** | $ | 543.84 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify)   **SPOUSE/AVERAGE MONTHLY PAYROLL TAXES** | $ | 766.30 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                a. Auto | $ | 0.00 |
|                b. Other | $ | 0.00 |
|                c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 472.24 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,616.38 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 4,204.40 |
| b.   Average monthly expenses from Line 18 above | $ | 6,616.38 |
| c.   Monthly net income (a. minus b.) | $ | -2,411.98 |

In re  **JEAN RAYMOND PETREQUIN**
**DENA JACQUELINE PETREQUIN**                    Case No.  **4:12-bk-01784-JMM**
_____
                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Insurance Expenditures:**

| | | |
|---|---|---|
| SPOUSES LIFE INSURANCE PAYROLL DEDUCTION | $ | 32.72 |
| SPOUSE HEALTH INSURANCE PAYROLL DEDUCTION | $ | 511.12 |
| **Total Other Insurance Expenditures** | $ | **543.84** |

**Other Expenditures:**

| | | |
|---|---|---|
| MISC | $ | 100.00 |
| SPOUSE AVERAGE PAYROLL DEDUCTION MEAL TICKETS | $ | 175.04 |
| SPOUSE PAYROLL DEDUCTION FOR LEGAL SERVICES | $ | 11.08 |
| SPOUSE PAYROLL DEDUCTION RETIREMENT | $ | 186.12 |
| **Total Other Expenditures** | $ | **472.24** |

# United States Bankruptcy Court
### District of Arizona

In re    **JEAN RAYMOND PETREQUIN**
       **DENA JACQUELINE PETREQUIN**

Debtor(s)

Case No.    **4:12-bk-01784-JMM**

Chapter    **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **45**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 13, 2012**      Signature   **/s/ JEAN RAYMOND PETREQUIN**

                                                  **JEAN RAYMOND PETREQUIN**
                                                  Debtor

Date   **February 13, 2012**      Signature   **/s/ DENA JACQUELINE PETREQUIN**

                                                  **DENA JACQUELINE PETREQUIN**
                                                  Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re    **JEAN RAYMOND PETREQUIN**
       **DENA JACQUELINE PETREQUIN**

                                     Debtor(s)

Case No.    **4:12-bk-01784-JMM**

Chapter    **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 4,500.00 |
| Prior to the filing of this statement I have received | $ | 1,669.00 |
| Balance Due | $ | 2,831.00 |

2.   $ **281.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **February 13, 2012**

                        **/s/ Daniel J. Rylander**
                        **Daniel J. Rylander 015279**
                        **DANIEL J. RYLANDER, P.C.**
                        **4340 N. CAMPBELL AVENUE**
                        **SUITE 266**
                        **TUCSON, AZ 85718**
                        **520-299-4922   Fax: 520-299-1482**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Arizona

In re    JEAN RAYMOND PETREQUIN            Case No.    __4:12-bk-01784-JMM__
       DENA JACQUELINE PETREQUIN

Debtor(s)        Chapter    __13__

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| JEAN RAYMOND PETREQUIN | | X /s/ JEAN RAYMOND PETREQUIN | February 13, 2012 |
|---|---|---|---|
| DENA JACQUELINE PETREQUIN | | | |
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| | | | |
| Case No. (if known) __4:12-bk-01784-JMM__ | | X /s/ DENA JACQUELINE PETREQUIN | February 13, 2012 |
| | | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
### District of Arizona

In re   **JEAN RAYMOND PETREQUIN**
**DENA JACQUELINE PETREQUIN**

Debtor(s)

Case No.   **4:12-bk-01784-JMM**

Chapter   **13**

# DECLARATION

    We, **JEAN RAYMOND PETREQUIN and DENA JACQUELINE PETREQUIN** , do hereby certify, under penalty of perjury,

that the Master Mailing List, consisting of **17** sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: **February 13, 2012**

**/s/ JEAN RAYMOND PETREQUIN**
**JEAN RAYMOND PETREQUIN**
Signature of Debtor

Date: **February 13, 2012**

**/s/ DENA JACQUELINE PETREQUIN**
**DENA JACQUELINE PETREQUIN**
Signature of Debtor

Date: **February 13, 2012**

**/s/ Daniel J. Rylander**
Signature of Attorney
**Daniel J. Rylander 015279**
**DANIEL J. RYLANDER, P.C.**
**4340 N. CAMPBELL AVENUE**
**SUITE 266**
**TUCSON, AZ 85718**
**520-299-4922  Fax: 520-299-1482**

MML-5

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy